IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: CROP PROTECTION
PRODUCTS LOYALTY PROGRAM            Case No. 1:23md3062
ANTITRUST LITIGATION

**ORDER**

This matter, including all related cases, is currently set for a status conference on April 6, 2023, at 10:00 a.m. in Courtroom 1 in Winston-Salem. At that hearing, counsel should be prepared to address the following topics:

1. An order of consolidation and its scope for pre-trial purposes
2. Captioning of filings
3. Application of MDL Orders to newly-filed and transferred cases
4. Filing and docketing procedures
5. Admission of attorneys in transferred and newly-filed cases
6. Organization of Plaintiffs' counsel and responsibilities
7. Coordination of service and filing of pleadings, motions, and other papers
8. Communications among counsel and necessity for any Federal Rule of Evidence 502(d) order
9. Potential filing of a consolidated complaint(s)
10. Coordination of discovery
11. Schedule for class certification proceedings.

Counsel wishing to address these and any other topics should file any proposals, jointly if possible, by March 23, 2023.

SO ORDERED.

/s/   Thomas D. Schroeder
United States District Judge

February 22, 2023