UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No. 1:23-MD-03062-TDS-JEP |

## MOTION TO APPOINT WILLIAM M. AUDET OF AUDET & PARTNERS, LLP AS INTERIM CLASS COUNSEL AND/OR E-DISCOVERY COORDINATOR

Pursuant to Fed. R. Civ. P. 23(g)(3), Plaintiff Peter Bonin moves the Court for entry of an Order appointing William Audet of Audet & Partners, LLP as interim class counsel and/or e-discovery coordinator, and Daniel Kent Bryson of Milberg Coleman Bryson Phillips Grossman, PLLC as interim liaison counsel.

Dated: April 20, 2023

Respectfully submitted,

/s/ William M. Audet
William M. Audet (CA SBN 117456)
Ling Y. Kuang (CA SBN 296873)
Kurt D. Kessler (CA SBN 327334)
**AUDET & PARTNERS, LLP**
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com
kkessler@audetlaw.com

/s/ Joel Rhine
Joel Rhine (SBN 16028)

1

Martin Ramey (SBN 33617)
Ruth A. Sheehan (SBN 48069)
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road
Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062
Email: jrr@rhinelawfirm.com
mjr@rhinelawfirm.com
ras@rhinelawfirm.com

*Counsel for Plaintiff Bonin and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action. This the 20th day of April, 2023.

*/s/ William M. Audet*
William M. Audet
