UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No: 1:23-md-3062-TDS-JEP |

**MOTION FOR APPOINTMENT OF THE FIRST-FILED GROUP—COHEN MILSTEIN, KOREIN TILLERY, LOWEY, AND QUINN EMANUEL—AS INTERIM CO-LEAD CLASS COUNSEL AND PINTO COATES AS LIAISON COUNSEL FOR THE PUTATIVE CLASS**

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and the Court's order (Dkt. 31), Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Korein Tillery LLC ("Korein Tillery"), Lowey Dannenberg, P.C. ("Lowey"), and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel" and collectively, "the First-Filed Group") respectfully submit this motion and application in support of their appointment as "Interim Co-Lead Counsel" and the appointment of Pinto Coates Kyre & Bowers, PLLC ("Pinto Coates") of Greensboro, North Carolina, as "Liaison Counsel" in this matter. Movants show the following:

1. The First Filed Group is "best able to represent the interests of the class," FED. R. CIV. P. 23(g)(2), for the reasons set forth herein and in the supporting brief and affidavits filed herewith.

1

2. The First Filed Group filed the first case in this matter and did extensive independent investigatory and expert work.

3. The First Filed Group collectively has deep experience prosecuting complex class actions and antitrust cases as well as unparalleled trial experience and unique expertise in agricultural matters, including the specific issues raised by this case.

4. The First Filed Group, which combines nationally known class-action experts with the largest litigation-only firm in the world, offers the class significantly more resources and clout than competing Movants.

5. Recognizing the work done on behalf of the Class thus far by the First Filed Group and the unparalleled resources it can untap for the benefit of the Class, a super-majority of the active MDL plaintiffs —41 out of 52—have voiced their support (some privately, some openly) for the First Filed Group to serve as Interim Co-Lead Counsel.

WHEREFORE, for the following reasons, including those set forth in the supporting brief and affidavits, the First Filed Group respectfully requests that the Court grant its motion and appoint Cohen Milstein, Korein Tillery, Lowey, and Quinn Emanuel as Interim Co-Lead Counsel and the appointment of Pinto Coates as Liaison Counsel in this matter.

This the 20th day of April 2023.

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.  (212) 849-7345
Facsimile (212) 849-7100
danbrockett@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Sami H. Rashid (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.  (212) 849-7237
Facsimile (212) 849-7100
samirashid@quinnemanuel.com

Jeremy Andersen (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel.  (213) 443-3685
Facsimile (213) 443-3100
jeremyandersen@quinnemanuel.com

*/s/ Jay J. Chaudhuri*

Jay J. Chaudhuri
N.C.  State Bar No. 27747
Cohen Milstein Sellers & Toll PLLC
50 Fayetteville St., Suite 980
Raleigh, NC 27601
Telephone (919) 890-0560
Facsimile (919) 890-0567
jchaudhuri@cohenmilstein.com

Michael B. Eisenkraft (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone (212) 838-7797
Facsimile (212) 838-7745
meisenkraft@cohenmilstein.com

Proposed Interim Co-Lead Counsel

*/s/ Vincent Briganti*
LOWEY DANNENBERG, PC
Vincent Briganti  (*pro hac vice*)
Christian Levis  (*pro hac vice*)
Margaret MacLean  (*pro hac vice*)
Roland R. St. Louis, III  (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel.  (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
rstlouis@lowey.com

*/s Christopher M. Burke*
Christopher M. Burke
Walter Noss
Yifan (Kate) Lv
KOREIN TILLERY PC
707 Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 625-5621
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

George Zelcs
Rosemarie Fiorillo
Randall P. Ewing, Jr.
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
gzelcs@koreintillery.com
rfiorillo@koreintillery.com
rewing@koreintillery.com

*/s/ Richard L. Pinto*
Richard L. Pinto
N.C. State Bar No. 9412

4

Kenneth Kyre, Jr.
N.C. State Bar No. 7848
Lyn K. Broom
N.C. State Bar No. 17674
PINTO COATES KYRE &
BOWERS, PLLC
3202 Brassfield Road
Greensboro, NC 27410
Tel: (336) 282-8848
Facsimile: (336) 282-8409
rpinto@pckb-law.com
kkyre@pckb-law.com
lbroom@pckb-law.com

*Counsel for Plaintiffs Clint Meadows,
Michael Shows and Matt Taylor and
Plaintiffs Clifton Kervin, Walter Psencik
and Travis Psencik*

Proposed Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record.

EXECUTED on this 20th day of April, 2023.

**PINTO COATES KYRE & BOWERS, PLLC**

*/s/ Lyn K. Broom*
Lyn K. Broom