IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| In Re: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | CASE NO.: 1:23-md-03062-TDS-JEP |
|---|---|
| This document relates to ALL ACTIONS | **MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND LIASON COUNSEL FOR PROPOSED CLASS** |

Pursuant to Fed. R. Civ. P. 23(g) and Case Management Order No. 1 in this action, Plaintiff Dale Grapperhaus respectfully moves for the appointment of Christopher Seeger and Jennifer Scullion of Seeger Weiss LLP ("Seeger Weiss"), Michael Angelides and Michael Stewart of Simmons Hanly Conroy ("Simmons Hanly"), and Michael Williams and Matthew Dameron of Williams Dirks Dameron LLP ("Williams Dirks") as Interim Co-Lead Counsel for the proposed class. Plaintiff also respectfully requests the appointment of Patrick Wallace of Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg") as liaison counsel for the proposed class. This motion is made upon the arguments, facts, and materials st forth in the memorandum and appendices filed in support of this motion and any further argument, submissions, or presentations that the Court may request.

This is the 20th day of April, 2023.

Respectfully submitted,

**SEEGER WEISS LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger (*admitted pro hac vice*)

1

Jennifer R. Scullion (*admitted pro hac vice*)
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: (212)584-0700
cseeger@seegerweiss.com
jscullion@seegerweiss.com

**SIMMONS HANLY CONROY**

*/s/ G. Michael Stewart*
G. Michael Stewart*
Michael J. Angelides*
One Court Street
Alton, Illinois 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
mstewart@simmonsfirm.com
mangelides@simmonsfirm.com

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Matthew L. Dameron*
Matthew L. Dameron*
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7100
Facsimile: (816) 945-7118
matt@williamsdirks.com
mwilliams@williamsdirks.com
dirks@williamsdirks.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

*/s/ Patrick M. Wallace*
Patrick M. Wallace
N.C. Bar No. 48138
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
pwallace@milberg.com

2

*pro hac vice* applications forthcoming

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 20, 2023, the foregoing Motion for Appointment of Lead Counsel and Liaison Counsel for the Proposed Class was filed using the CM/ECF document filing system which will send notification of the filing via email to all counsel of record.

                              */s/ Patrick Wallace*
                              Patrick Wallace