THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | No. 1: 23-md-03062-TDS-JEP |

## JOINT NOTICE AND REPORT REGARDING CONFERENCE AMONG LEADERSHIP APPLICANTS

In accordance with the Court's instructions set forth in Case Management Order No. 1 (ECF 31), the undersigned Plaintiffs' counsel hereby submit the following Joint Notice and Report:

1. Case Management Order No. 1 states that Plaintiffs' counsel "shall … meet and confer after the filing of [motions for the appointment of interim class counsel] in an effort to resolve any differences." (*Id.*) It further provides that Plaintiffs' counsel "shall report any resolution of any differences to the [C]ourt within 14 days after the motions are filed." (*Id.*)

2. Consistent with these instructions, undersigned counsel met via telephone on May 1, 2023 to discuss the potential resolution of their competing Motions for Appointment of Interim Class Counsel.

3. Although the meeting participants worked diligently and cooperatively, the parties were unable to resolve their differences regarding the various pending Motions.

This the 3rd day of May, 2023.

Respectfully submitted,

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla
**DICELLO LEVITT LLC**
Gregory S. Asciolla
Karin E. Garvey
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com

**PRETI FLAHERTY**
Randall B. Weill
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
rweill@preti.com

**TURNING POINT LITIGATION/MULLINS DUNCAN HARRELL & RUSSELL, PLLC**
Allison Mullins
N.C. State Bar No. 23430
L. Cooper Harrell
N.C. State Bar No. 27875
300 N. Greene St, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3320
amullins@turningpointlit.com
charrell@turningpointlit.com

**BARRETT LAW, PLLC**
Jonathan P Barrett
121 Colony Crossing, Suite D
Madison, MS 39110
Telephone: (601) 790-1505
jpb@barrettlawms.com

**NEAL & HARWELL, PLC**
Charles Barrett
1201 Demonbreun St., Ste 1000
Nashville, TN 37203
Telephone: (615) 238-3647
cbarrett@nealharwell.com

*Counsel for Jones Planting Co. III*

| | |
|---|---|
| */s/ Daniel Brockett*<br>Daniel Brockett<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Daniel Brockett<br>51 Madison Avenue<br>STE 22nd Floor<br>New York, NY 10010<br>212-849-7345<br>danbrockett@quinnemanuel.com | **PINTO COATES KYRE & BOWERS, PLLC**<br>Richard Leonard Pinto<br>N.C. State Bar No. 9412<br>Kenneth Kyre Jr.<br>N.C. State Bar No. 7848<br>Lyn K. Broom<br>N.C. State Bar No. 17674<br>3203 Brassfield Rd.<br>Greensboro, NC 27410<br>Telephone: (336)-282-8848<br>rpinto@pckb-law.com<br>kkyre@pckb-law.com |
| **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Jeremy Andersen<br>865 South Figueroa St., STE 10th Fl.<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3685<br>jeremyandersen@quinnemanuel.com | **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Michael B. Eisenkraft<br>88 Pine St., Ste. 14th Floor<br>New York, NY 10005<br>Telephone: (212) 838-7797<br>meisenkraft@cohenmilstein.com |
| | **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Jay J. Chaudhuri<br>N.C. State Bar No. 27747<br>150 Fayetteville St., Suite 980<br>Raleigh, NC 27601<br>Telephone: (919) 890-0560<br>jchaudhuri@cohenmilstein.com<br><br>*Counsel for Plaintiff Clint Meadows, Michael Shows, Matt Taylor* |

*/s/ Christopher M. Burke*
Christopher M. Burke
**KOREIN TILLERY, PC**
Christopher M. Burke
Walter Noss
Yifan (Kate) Lv
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (618) 625-5620
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

**KOREIN TILLERY, LLC**
Rosemarie Fiorillo
505 N 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314)-241-4844
rfiorillo@koreintillery.com

**LOWEY DANNENBERG P.C.**
Vincent Briganti
Christian Levis
Roland R. St. Louis, III
Noelle Forde
44 South Broadway
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
rstlouis@lowey.com
nforde@lowey.com

**KOREIN TILLERY, LLC**
George A. Zelcs
Randall P. Ewing, Jr.
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com

**NUSSBAUM LAW GROUP, P.C.**
Linda P. Nussbaum
Susan R. Schwaiger
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com
schwaiger@nussbaumpc.com

**PAYNTER LAW, PLLC**
Gagan Gupta
N.C. State Bar No. 53119
Stuart M. Paynter
N.C. State Bar No. 42379
Sara C. Willingham
N.C. State Bar No. 45661
106 S. Churton Street, Suite 200
Hillsborough, NC 27278
Telephone: (919) 729-2149
ggupta@paynterlaw.com
stuart@paynterlaw.com
swillingham@paynterlaw.com

*Counsel for Plaintiff Charles Anderson*

*/s/William M. Audet*
William M. Audet (CA SBN 117456)
**AUDET & PARTNERS, LLP**
Ling Y. Kuang (CA SBN 296873)
Kurt D. Kessler (CA SBN 327334)
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com
kkessler@audetlaw.com

*Counsel for Peter Bonin*

/s/ Kevin G. Williams
Kevin G. Williams, N.C.
**BELL, DAVIS & PITT, P.A.**
Kevin G. Williams
N.C. State Bar No. 25760
Alan M. Ruley
N.C. State Bar No. 16407
P.O. Box 21029
Winston-Salem, NC 27120-1029
Telephone: (336) 722-3700
kwilliams@belldavispitt.com
aruley@belldavispitt.com

*Counsel for Sayler Farms, LLC, River Island, Inc., Mercury Properties, LLC, Gary N. Vann, Dale R. Teske, Richard J. Slovak, Christopher L. Jessen, and Matt King d/b/a King Farms*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
Elana Katcher
Jason A. Uris
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
juris@kaplanfox.com

*Counsel for Sayler Farms, LLC and River Island, Inc.*

**CUNEO GILBERT & LADUCA, LLP**
Jonathan Cuneo
Amanda G. Lewis
Pamela Gilbert
Cody McCracken
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
alewis@cuneolaw.com
pamelag@cuneolaw.com
cmccracken@cuneolaw.com

C**UNEO GILBERT & LADUCA, LLP**
Michael J. Flannery
Two City Place Drive, Suite 200 St. Louis, MO 63141 Telephone: (314) 226-1015 mflannery@cuneolaw.com

*Counsel for Christopher L. Jessen & Dale R. Teske*

**CERA LLP**
Solomon B. Cera
201 California St., Suite 1240
San Francisco, CA 94111
Telephone: (415) 777-2230
scera@cerallp.com

**CERA LLP**
C. Andrew Dirksen
800 Boylston St., 16th Floor
Boston, MA 02199
Telephone: (857) 453-6555
cdirksen@cerallp.com

*Counsel for Plaintiff Dale R. Teske*

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 W. Alabama, Suite 240
Houston, TX 77098
Telephone: (713) 528-6700
rcoffman@coffmanlawfirm.com

*Counsel for Plaintiff Richard J. Slovak*

**LIFVENDAHL LAW, LLC**
Eric R. Lifvendahl
265 Latrobe Ave.
Northfield, IL 60093
T: (847) 830-7002
eric@liflaw.com

*Counsel for Plaintiff Matt King d/b/a King Farms*

/s/ G. Michael Stewart
G. Michael Stewart
**SIMMONS HANLY CONROY-ALTON**
G. Michael Stewart
Michael J. Angelides
One Court Street
Alton, IL 62002
Telephone: (618)259-2222
mstewart@simmonsfirm.com
mangelides@simmonsfirm.com

**SEEGER WEIS LLP**
Christopher Seeger
Jennifer Scullion
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
cseerger@seegerweiss.com
jscullion@seegerweiss.com

**WILLIAMS DIRKS DAMERON LLC**
Matthew L. Dameron
Eric L. Dirks
Michael A. Williams
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7135
matt@williamsdirks.com
dirks@williamsdirks.com
mwilliams@williamsdirks.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Daniel Bryson
N.C. State Bar No. 15781
Patrick Wallace
N.C. State Bar No.48138
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (919) 600-5000
dbryson@milberg.com
pwallace@milberg.com

*Counsel for Dale Grapperhaus*

/s/ *Amanda Kate Klevorn*
Amanda Kate Klevorn
**BURNS CHAREST**
Amanda Kate Klevorn
Hannah Quicksell Korey
Arthur Nelson Kyle
Kilpatrick Oxford
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
aklevorn@burnscharest.com
hquicksell@burnscharest.comknel
son@burnscharest.com
koxford@burnscharest.com

**BURNS CHAREST (DAL)**
Warren T. Burns
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (504) 779-2846
wburns@burnscharest.com


*Counsel for H & R Farms II and Teche Farm Supplies*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This the 3rd day of May, 2023.

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla