# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Psencik, et al., v. Corteva, Inc., et al. 1:23-cv-165<br>Kirven, et al. v. Corteva, Inc., et al., 1:23-cv-268 | CIVIL ACTION NO. 1:23-md-3062-TDS-JEP |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Nicole A. Veno will no longer be associated with Kirby McInerney LLP after July 7, 2023 and respectfully requests that Ms. Veno's appearance as counsel for Plaintiffs Walter Psencik, Travis Psencik, Clifton Kirven, Ronald Yeargin and Janie Yeargin ("Plaintiffs") be withdrawn. David E. Kovel of Kirby McInerney LLP will continue to serve as counsel for Plaintiffs in the above-referenced actions.

Dated: July 7, 2023

*/s/ Nicole A. Veno*
Nicole A. Veno
**Kirby McInerney LLP**
250 Park Avenue, Suite 820
New York, New York 10177
Tel: (212) 371-6600
Fax: (212) 751-2540
nveno@kmllp.com

1