# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No: 1:23-md-3062 |

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for Expedited Briefing for Plaintiffs' Motion for Entry of a Protective Order for The Sole Purpose of the Court Providing Access to the Government Complaints [Doc. #70]. The Court concludes that given the deadlines for filing of an Amended Complaint, it would be helpful to have the Parties' positions on the Motion for Entry of a Protective Order. Therefore, rather than require briefing on the Motion to Expedite, the Court will grant the Motion to Expedite but will allow a week for the filing of a response.

NOW, THEREFORE, IT IS ORDERED that Plaintiffs' Motion [Doc. #70] for Expedited Briefing for Plaintiffs' Motion for Entry of a Protective Order for The Sole Purpose of the Court Providing Access to the Government Complaints is GRANTED IN PART, and Defendants shall have until August 8, 2023, to file any response to Plaintiffs' Motion for Entry of a Protective Order for The Sole Purpose of the Court Providing Interim Class Counsel and Liaison Counsel Access to the Government Complaints and

Plaintiffs shall have until August 11, 2023, to file a Reply in support of the Motion or, in the alternative, a notice advising the Court that no reply will be filed.

This 2nd day of August, 2023.

/s/ Joi Elizabeth Peake  
United States Magistrate Judge