# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST | Civil Action No. 1:23-md-03062-TDS-JEP |
| This document relates to: MEADOWS, *et al.*, *Plaintiffs*, v. SYNGENTA CROP PROTECTION AG, *et al.*, *Defendants*. | Civil Action No. 22-cv-01128 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Nina Jaffe-Geffner of Cohen Milstein Sellers & Toll PLLC as counsel for Plaintiff Clint Meadows, on behalf of himself and all others similarly situated in the above-captioned matter.

Ms. Jaffe-Geffner certifies that she is an active member in good standing of the District of Columbia Bar. Ms. Jaffe-Geffner agrees that, by entering an appearance, she will be responsible for ensuring the presence of an attorney who is familiar with this case and has authority to control the litigation at all conferences, hearings, trials and other proceedings; and that, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the litigation in the above-captioned civil action for

which she is specially appearing.

Ms. Jaffe-Geffner is appearing in the above-captioned civil action in association with Jay J. Chaudhuri of Cohen Milstein Sellers & Toll PLLC. Mr. Chaudhuri is an active member in good standing of the bar of this Court. Mr. Chaudhuri certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Chaudhuri further certifies he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: August 18, 2023

Respectfully submitted,

/s/ *Nina Jaffe-Geffner*
Nina Jaffe-Geffner
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Fifth Floor
Washington, DC 20005
Telephone (202) 408-4600
Facsimile (202) 408-4699
njaffegeffner@cohenmilstein.com

/s/ *Jay J. Chaudhuri*
Jay J. Chaudhuri
Cohen Milstein Sellers & Toll PLLC
50 Fayetteville St., Suite 980
Raleigh, NC 27601
Telephone (919) 890-0560
Facsimile (919) 890-0567
jchaudhuri@cohenmilstein.com

*Counsel for Plaintiff Meadows and Interim Class Counsel*

# CERTIFICATE OF SERVICE

I, Nina Jaffe-Geffner, hereby certify that I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all parties who have appeared with an email address of record.

Dated: August 18, 2023

/s/ *Nina Jaffe-Geffner*
Nina Jaffe-Geffner
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Fifth Floor
Washington, DC 20005
Telephone (202) 408-4600
Facsimile (202) 408-4699
njaffegeffner@cohenmilstein.com

*Counsel for Plaintiff*
*Meadows and Interim*
*Class Counsel*