UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE CROP PROTECTION PRODUCTS
LOYALTY PROGRAM ANTITRUST
LITIGATION

This document relates to: ALL
ACTIONS

1:23md3062

**ORDER**

These cases are before the court upon the Consent Motion to Extend the Time for Submissions Regarding Motion(s) to Dismiss Briefing Pursuant to Case Management Order No. 1. (Doc. 84.) For good cause and the consent of all parties,

IT IS HEREBY ORDERED that the motion (Doc. 84) is GRANTED. The deadline in Case Management Order No. 1, ¶9 (Doc. 31) within which the parties are to submit either a stipulation or simultaneous submissions concerning proposals for deadlines and word limits for any motions to dismiss is hereby extended to fourteen (14) days after the court issues its Orders on the pending motions to dismiss in Federal Trade Commission, et al. v. Syngenta Crop Protection AG, et al., No. 22-cv-00828 (M.D.N.C.) (the "Government Action"). The parties shall meet and confer and then file either a stipulation or competing submissions of

no more than three (3) pages regarding the briefing schedule and word limits for any motions to dismiss Plaintiffs' Consolidated Complaint within fourteen (14) days after the court has issued the orders on Defendants' motions to dismiss, docket entries 64 and 65 in <u>Federal Trade Commission, et al. v. Syngenta Crop Protection AG, et al.</u>, Case No. 22- cv-00828 (M.D.N.C.).

The court reserves the right to modify this schedule if future circumstances warrant in the interest of avoiding undue delay.

      /s/   Thomas D. Schroeder
United States District Judge

September 20, 2023