IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Sayler Farms, LLC v. Syngenta Crop Protection, AG, et al.; No. 1:22-cv-1055 (M.D.N.C.)<br><br>Richard J. Slovak v. Syngenta Crop Protection, AG, et al.; No. 1:22-cv-1059 (M.D.N.C.)<br><br>Matt King dba King Farms v. Syngenta Crop Protection, AG, et al.; No. 1:22-cv-1117 (M.D.N.C.)<br><br>Dale R. Teske v. Syngenta Crop Protection, AG, et al.; No. 1:23-cv-90 (M.D.N.C.)<br><br>River Island, Inc. v. Syngenta Crop Protection, AG, et al.; No. 1:23-cv-242 (M.D.N.C.)<br><br>Gary N. Vann v. Syngenta Crop Protection, AG, et al.; No. 1:23-cv-244 (M.D.N.C.)<br><br>Mercury Properties, LLC and Bullhead Acres, LLC v. Syngenta Crop Protection, AG, et al.; No. 1:23-cv-267 (M.D.N.C.)<br><br>Christopher L. Jessen v. Syngenta Crop Protection, AG, et al.; No. 1:23-cv-243 (M.D.N.C.) | No. 1:23-md-3062-TDS-JEP |

# ORDER

Upon consideration of the Unopposed Motion to Withdraw as Counsel for Certain Plaintiffs (Doc. 86), and for good cause shown, the court is of the opinion that it should **be GRANTED**.

IT IS THEREFORE ORDERED that counsel (i) Kevin G. Williams and Alan M. Ruley of Bell, Davis & Pitt, P.A., (ii) Robert N. Kaplan, Gregory K. Arenson, Matthew P. Cahill, Elana Katcher, and Jason A. Uris of Kaplan, Fox & Kilsheimer, LLP, (iii) Richard L. Coffman of The Coffman Law Firm, (iv) Eric R. Lifvendahl of Lifvendahl Law, LLC, (v) Solomon B. Cera and C. Andrew Dirksen of Cera, LLP, and (vi) Jonathan Cuneo, Amanda G. Lewis, Cody McCracken, Pamela Gilbert, and Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP hereby are granted leave to withdraw, and are hereby withdrawn, as counsel of record, without substitution, for Plaintiffs Sayler Farms, LLC, Richard James Slovak, Matt King, Dale R. Teske, River Island, Inc., Gary N. Vann, Mercury Properties, LLC, Bullhead Acres, LLC, and Christopher L. Jessen in the above-referenced actions.

                                        /s/   Thomas D. Schroeder
                                        United States District Judge

October 4, 2023

2

Case 1:23-md-03062-TDS-JEP   Document 87   Filed 10/04/23   Page 2 of 2