UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to:<br>1:23-cv-117 | No. 1:23-md-3062-TDS-JEP |

### ORDER

Before the court is the Unopposed Motion to Withdraw as Counsel of Record. (Doc. 90.) For good cause shown,

IT IS ORDERED that Natasha J. Fernandez-Silber's motion is GRANTED and that John Radice and Lyn K. Broom will continue to serve as counsel to Plaintiff Justin W. Jenkins.

/s/ Thomas D. Schroeder
United States District Judge

November 17, 2023