# Appendix A

# APPENDIX A

| Grounds for Dismissing Plaintiffs' State Antitrust Claims | | | | |
|---|---|---|---|---|
| **State** | **No Proximate Cause** | **No Art. III or Statutory Standing** | **Insufficient Intrastate Conduct or Effect** | **Indirect Purchaser Bar** |
| Arizona | X | X | | |
| California | X | X (as to Corteva) | | |
| Connecticut | X | X | | |
| DC | X | X | | |
| Illinois | X | | | |
| Iowa | X | X | | |
| Kansas | X | X | | |
| Maine | X | X | | |
| Maryland | X | X | | |
| Michigan | X | X | | |
| Minnesota | X | X | | |

| Grounds for Dismissing Plaintiffs' State Antitrust Claims | | | | |
|---|---|---|---|---|
| **State** | **No Proximate Cause** | **No Art. III or Statutory Standing** | **Insufficient Intrastate Conduct or Effect** | **Indirect Purchaser Bar** |
| Mississippi | X | | | |
| Montana | X | X | | X |
| Nebraska | X | X | | |
| Nevada | X | X | | |
| New Hampshire | X | X | | |
| New Mexico | X | X | | |
| New York | X | X | X | |
| North Carolina | X | X | | |
| North Dakota | X | X | | |
| Oregon | X | X | | |

| Grounds for Dismissing Plaintiffs' State Antitrust Claims | | | | |
|---|---|---|---|---|
| State | No Proximate Cause | No Art. III or Statutory Standing | Insufficient Intrastate Conduct or Effect | Indirect Purchaser Bar |
| Puerto Rico | X | X | | X |
| Rhode Island | X | X | | |
| South Dakota | X | X | | |
| Tennessee | X | | | |
| Utah | X | X | | |
| Vermont | X | X | | |
| West Virginia | X | X | | |
| Wisconsin | X | X (as to Corteva) | | |

3