# Appendix B

## APPENDIX B

| State | No Proximate Cause | No Art. III or Statutory Standing | Class Actions Barred | Applies Only to Non-Commercial Consumers | Insufficient Intrastate Conduct or Effect | Alleged Conduct Beyond Scope of CPA | Additional Reasons |
|---|---|---|---|---|---|---|---|
| **Grounds for Dismissing Plaintiffs' CPA Claims** | | | | | | | |
| Arkansas | X |  | X |  |  | X |  |
| California | X | X (as to Corteva) |  |  |  |  |  |
| Colorado | X | X |  |  |  | X |  |
| DC | X | X |  | X |  |  |  |
| Florida | X |  |  |  |  |  |  |
| Hawaii | X | X |  |  |  |  | X |
| Illinois | X |  | X |  |  | X |  |
| Kansas | X | X |  |  |  | X |  |
| Massachusetts | X | X |  | X | X |  |  |

| Grounds for Dismissing Plaintiffs' CPA Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| State | No Proximate Cause | No Art. III or Statutory Standing | Class Actions Barred | Applies Only to Non-Commercial Consumers | Insufficient Intrastate Conduct or Effect | Alleged Conduct Beyond Scope of CPA | Additional Reasons |
| Missouri | | | | X | | | |
| Minnesota | X | X | | | | X | X |
| Montana | X | X | X | X | | | |
| Nebraska | X | X | | | | | |
| Nevada | X | X | | | | | |
| New Hampshire | X | X | | | X | | |
| New Mexico | X | X | | | | | |
| New York | X | X | | | | X | |
| North Carolina | | | X | | | | |
| North Dakota | X | X | | | | X | |

2

| Grounds for Dismissing Plaintiffs' CPA Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| State | No Proximate Cause | No Art. III or Statutory Standing | Class Actions Barred | Applies Only to Non-Commercial Consumers | Insufficient Intrastate Conduct or Effect | Alleged Conduct Beyond Scope of CPA | Additional Reasons |
| Oregon | X | X | | X | | X | |
| Pennsylvania | X | X | | X | | X | |
| Rhode Island | | X | | X | | | |
| South Carolina | X | X | X | | | | |
| South Dakota | X | X | | | | X | |
| Utah | X | X | X | X | | X | |
| Virginia | | X | | X | | X | X |
| West Virginia | X | X | | | | X | |

3