IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE CROP PROTECTION PRODUCTS
LOYALTY PROGRAM ANTITRUST
LITIGATION

Case No: 1:23-md-3062

This document relates to: ALL ACTIONS

## ORDER

This matter is before the Court for consideration of the Plaintiffs' Motion for Modification of the Scheduling Order Deadline of December 6, 2024, to Amend Complaint or Join Parties. The Court finds good cause to allow the requested extension of time, and the Court will amend the deadline to a date certain so that the docket is clear.

IT IS THEREFORE ORDERED that the Motion [Doc. #168] is GRANTED, and the deadline in Scheduling Order ¶ 4.B. [Doc. #133] within which the Parties may request leave to amend pleadings or add additional parties is hereby extended to March 15, 2025.

This, the 4th day of December, 2024.

Joi Elizabeth Peake
United States Magistrate Judge