IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No: 1:23-md-3062 |

## ORDER

Upon the joint motion of Plaintiffs and Defendants in the above-captioned action, and for good cause shown,

IT IS HEREBY ORDERED that the Joint Motion [Doc. #231] is GRANTED, and the Parties shall have an extension of time to file their joint report regarding class certification and expert discovery deadlines to April 4, 2025.

This the 31st day of March 2025.

_____
Joi Elizabeth Peake
United States Magistrate Judge