IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No: 1:23-md-3062 |

**ORDER**

This matter is before the Court on Status Reports [Doc. #239, #234] submitted by the Parties, setting out proposed schedules for expert discovery and class certification motions in this case. The proposals include a much longer period than anticipated. Therefore, the Court will set the matter for a status hearing to discuss the proposed schedule.

In addition, Plaintiff has filed a Motion to Amend [Doc. #230] that has been referred to the undersigned. Defendants do not oppose the proposed amendment to the extent it corrects the names of certain plaintiffs, adds three named plaintiffs, removes three other named plaintiffs, and removes the active ingredient paraquat, and the Court intends to allow the amendment as to those changes. However, Defendant Corteva opposes the proposed amendment to the extent it adds another active ingredient, methoxyfenozide. Defendant Corteva notes, *inter alia*, that the addition of a new active ingredient at this stage would require significant duplication of third-party discovery and would almost certainly delay the close of fact discovery. The Court will consider these issues further as part of the hearing, to determine whether the amendment should be allowed in light of the prejudice noted by Defendant Corteva, and to consider what schedule and other measures should be adopted to address the potential prejudice if the amendment is allowed.

IT IS THEREFORE ORDERED that this case is set for a hearing on Wednesday, July 16, 2025, at 10:30 a.m., at the Federal Courthouse in Winston-Salem, North Carolina.

This, the 20th day of June, 2025.

/s/ Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge