# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No: 1:23-md-3062-TDS-JEP |

**ORDER**

This matter is before the Court on the unopposed motion of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively "Syngenta"), and Corteva, Inc. ("Corteva"), pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), for leave to take a deposition of an incarcerated individual, Matt Gavin, consistent with Rule 26(b)(1) and (2) of the Federal Rules of Civil Procedure. The Court finds good cause to allow the request, and finds that the proposed deposition is consistent with the scope of discovery under Rule 26(b)(1) and (2).

The Court notes that according to the Motion, Defendants have contacted administrators of the Warren County Jail where Mr. Gavin is incarcerated, and the Warren County Jail administrators have requested that the Court order that the deposition take place at the Warren County Courthouse in Monmouth, Illinois, because there is not sufficient space at the Warren County Jail to accommodate a deposition. The Court will allow that request, subject to any necessary approvals by Warren County Courthouse officials. The Parties should work with Warren County Jail administrators and Warren County Courthouse officials as necessary to find an appropriate, available location, and to

address any other issues regarding timing and other necessary logistical parameters for the taking of the videotaped deposition.

IT IS THEREFORE ORDERED that the Motion [Doc. #244] is GRANTED, and Defendants shall be allowed to take the videotaped deposition of Matt Gavin, by oral examination pursuant to Rule 30. Consistent with the request of the Warren County Jail administration, the deposition shall take place at the Warren County Courthouse in Monmouth, Illinois, subject to any necessary approvals by Courthouse officials. Counsel for the Parties shall work with the Warren County Jail administration on a mutually agreeable date and time for the videotaped deposition of Mr. Gavin and to agree on any other necessary logistical parameters for the taking of the videotaped deposition.

This, the 20th day of June, 2025.

/s/ Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge