UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: All actions. | Civil Action No. 1:23-MD-3062-TDS-JEP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

THIS MATTER is before the Court on Defendants' Unopposed Motion for Extension of Time to Answer Plaintiffs' Amended Consolidated Class Action Complaint. Having reviewed the request, the Court finds good cause to allow the requested extension of time to file an answer. All other deadlines remain as previously set.

NOW, THEREFORE, IT IS ORDERED that Defendants' Motion [Doc. #268] is GRANTED. Defendants shall have until and including September 8, 2025 to file an Answer to Plaintiffs' Amended Consolidated Class Action Complaint.

This the 11th day of August, 2025.

Joi Elizabeth Peake
United States Magistrate Judge