UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No. 1:23-md-3062-TDS-JEP |

## ORDER

This matter is before the Court on an unopposed Motion by Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc., (collectively "Defendants") for Extension of Time to Take Deposition of Non-Party Atticus, LLC. The extension will not affect any of the other deadlines in the case, and is necessary to allow Defendant Corteva sufficient time for discovery in light of the amendment to the Complaint while also reducing the risk of duplicative discovery on third-party Atticus LLC. For good cause shown, the request will be granted.

IT IS HEREBY ORDERED that the Motion [Doc. #273] is GRANTED, and Defendants shall have up to and including April 24, 2026 to conduct the Rule 30(b)(6) deposition of third-party Atticus, LLC.

This the 4th day of September, 2025.

Joi Elizabeth Peake
United States Magistrate Judge