UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE CROP PROTECTION PRODUCTS  CASE No. 1:23-md-3062-TDS-JEP
LOYALTY PROGRAM ANTITRUST
LITIGATION

This document relates to: ALL ACTIONS

**ORDER**

This matter is before the Court on the Related-Action Plaintiff State of Arkansas's Motion to Compel Rule 30(b)(6) Deposition of Defendant Corteva, Inc. [Doc. #264]. It appears that the Parties' agreed protocol was ambiguous on the matter in dispute, and the Court expects counsel to work together cooperatively to address these issues as they arise. Therefore, it is likely the Motion to Compel will be granted, at least in part, to reach a reasonable result, as long as it does not result in a delay in any of the remaining deadlines. The Parties must meet and confer to attempt to reach a joint proposal and must file a joint status report by September 22, 2025, reflecting the status of those discussions and the competing proposals if an agreement cannot be reached. If disputes remain, the Court will consider the matter at the October 3 hearing on Motions to Compel.

The Court also notes that Plaintiffs have filed a Motion for Extension of Time [Doc. #281] seeking an extension of 2.5 hours, so that their Motion to Compel [Doc. #279] and supporting Memorandum [Doc. #280] are deemed timely filed. The Court finds a sufficient basis to allow the request, which will not affect any of the other pending deadlines. The

Court notes that the Parties should continue to work together to determine if agreement can be reached to moot any of the issues raised in the Motion to Compel.

IT IS THEREFORE ORDERED that the Motion to Compel Rule 30(b)(6) Deposition [Doc. #264] is set for hearing on October 3, 2025 at 10:30 a.m. The Parties must meet and confer to attempt to reach a joint proposal and must file a joint status report by September 22, 2025, reflecting the status of those discussions and the competing proposals if an agreement cannot be reached.

IT IS FURTHER ORDERED that the Motion for Extension of Time [Doc. #281] is GRANTED, and the Motion to Compel [Doc. #279] and supporting Memorandum [Doc. #280] are deemed timely filed. The remaining deadlines remain as previously set, and the Motion to Compel will be heard on October 3, 2025 at 10:30 a.m. if not resolved by agreement.

This the 4th day of September, 2025.

*Joi Elizabeth Peake*
United States Magistrate Judge