# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No: 1:23-md-3062-TDS-JEP<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc., (collectively, the "Parties") hereby stipulate that Matthew S. Taylor, Inc. d/b/a Hooper's Landscape and Nursery shall be dismissed with prejudice as a proposed class representative in this matter. The parties further stipulate that both sides shall bear their own attorneys' fees and costs with respect to the claims of Matthew S. Taylor, Inc. d/b/a Hooper's Landscape and Nursery.

Dated: August 27, 2025

STIPULATED AND AGREED TO:

Respectfully submitted,

/s/ *Daniel L. Brockett*
Daniel L. Brockett (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7345
Facsimile (212) 849-7100
danbrockett@quinnemanuel.com

/s/ *Jay J. Chaudhuri*
Jay J. Chaudhuri
N.C. State Bar No. 27747
Cohen Milstein Sellers & Toll PLLC
50 Fayetteville St., Suite 980
Raleigh, NC 27601
Telephone (919) 890-0560
Facsimile (919) 890-0567
jchaudhuri@cohenmilstein.com

1

Jeremy Andersen (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel. (213) 443-3685
Facsimile (213) 443-3100
jeremyandersen@quinnemanuel.com

*/s/ Vincent Briganti*
LOWEY DANNENBERG, P.C.
Vincent Briganti (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Nicole A. Veno (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel. (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
mmaclean@lowey.com
nveno@lowey.com

*Interim Class Counsel*


*/s/ Lyn K. Broom*
Richard L. Pinto N.C. State Bar No. 9412
Kenneth Kyre, Jr. N.C. State Bar No 7848
Lyn K. Broom N.C. State Bar No. 17674
PINTO COATES KYRE & BOWERS, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Tel: (336) 282-8848
Facsimile: (336) 282-8409
rpinto@pckb-law.com
kkyre@pckb-law.com
lbroom@pckb-law.com

*Liaison Counsel*

Michael B. Eisenkraft (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone (212) 838-7797
Facsimile (212) 838-7745
meisenkraft@cohenmilstein.com

Zachary R. Glubiak (*pro hac vice*)
Nina Jaffe-Geffner (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, Suite 800,
NW Washington D.C. 20005
Telephone (202) 408-4600
zglubiak@cohenmilstein.com
njaffegeffner@cohenmilstein.com

*/s/ Carol O'Keefe*
Carol O'Keefe
Rosemarie Fiorillo
Ian Moody
KOREIN TILLERY LLC
505 N 7th St #3600,
St. Louis, MO 63101
Tel: (314) 241-4844
cokeefe@koreintillery.com
rfiorillo@koreintillery.com
imoody@koreintillery.com

George Zelcs
Randall P. Ewing, Jr.
Chad E. Bell
Labeat Rrahmani
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
cbell@koreintillery.com
lrrahmani@koreintillery.com

/s/ James I. McClammy
James I. McClammy
James.mcclammy@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

/s/ Patrick M. Kane
Patrick M. Kane
pkane@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC  27401
Telephone: (336) 378-5200
Facsimile: (336) 378-540

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

/s/ J. Wesley Earnhardt
J. Wesley Earnhardt
wearnhardt@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

/s/ Mark E. Anderson
Mark E. Anderson
N.C. State Bar No. 15764
manderson@mcguirewoods.com
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600

*Attorneys for Defendant Corteva, Inc.*

**IT IS SO ORDERED.**

Dated:  September 11, 2025                  /s/   Thomas D. Schroeder
                                            United States District Judge