IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | 1:23-md-3062-TDS-JEP |

**ORDER**

This matter is before the court on consideration of the joint motion of all parties for modification of the word count limits for Class Certification briefing pursuant to L.R. 7.3(d). (Doc. 307.) For good cause shown,

IT IS ORDERED that the motion (Doc. 307) is GRANTED, and the word count limits for the Class Certification briefing is set as follows:

a. MDL Plaintiffs' Brief in support of the Motion for Class Certification as to the Syngenta Defendants shall not exceed 10,500 words;

b. MDL Plaintiffs' Brief in support of the Motion for Class Certification as to Corteva shall not exceed 10,500 words;

c. Syngenta Defendants' Brief in Response to MDL Plaintiffs' Brief in Support of Class Certification

1

as to the Syngenta Defendants shall not exceed 12,000 words;

d. Corteva's Brief in Response to MDL Plaintiffs' Brief in Support of Class Certification as to Corteva shall not exceed 12,000 words;

e. MDL Plaintiff's Reply Brief to the Syngenta Defendants' Response Brief shall not exceed 6,000 words; and

f. MDL Plaintiff's Reply Brief to Corteva's Response Brief shall not exceed 6,000 words.

Because granting the parties authority to submit up to 57,000 words to explain their positions (and does not even include factual evidence offered in support) risks having key arguments overshadowed by the mere heft of the filings, the court implores the parties to focus their briefing on the important and key arguments.

　　　　　　　　　　　　　　　　　　/s/　　Thomas D. Schroeder
　　　　　　　　　　　　　　　　　　United States District Judge

November 20, 2025

2

Case 1:23-md-03062-TDS-JEP　　Document 308　　Filed 11/20/25　　Page 2 of 2