UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | 1:23-md-3062-TDS-JEP |

**ORDER**

THIS MATTER is before the Court on the Consent Motion of MDL Plaintiffs to Extend the Deadline to File Public Versions of MDL Plaintiffs' Motions for Class Certification Filings. The Court finds good cause to allow the request.

IT IS ORDERED that the Motion (Doc. #318) is GRANTED and the public versions are timely filed.

This, the 30th day of December, 2025.

Joi Elizabeth Peake
United States Magistrate Judge