# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

In Re: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION

This document relates to: ALL ACTIONS

Case No. 1:23-md-03062-TDS-JEP

**Notice of State Attorneys General Regarding Plaintiffs' Motion for Preliminary Approval of Settlement with Corteva**

The State Attorneys General who are plaintiffs in the first-filed government action, *Federal Trade Commission et al. v. Syngenta Crop Protection AG et al.*, Civ. A. No. 22-828, are reviewing the plaintiffs' motions for certification of a settlement class and preliminary approval of their proposed settlement with Corteva. Doc. #421, 422. The States request an opportunity to consider and be heard on those motions. Any motion to intervene on the issues of certification and preliminary settlement approval will be filed within the 21 days afforded by LR 7.3(f). The States respectfully request that the Court not rule on the plaintiffs' motions until it has had time to consider the States' position.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Adam Carlis*

PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000

Email: paul.harper@ilag.gov

*Attorney for the State of Illinois*

JUSTIN MCCULLY
ERIK W. FERN
Office of the Attorney General of
Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov
Email: erik.fern@nebraska.gov

*Attorneys for the State of Nebraska*

ALEX KAPLAN
RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: akaplan@susmangodfrey.com
Email: rcaughey@susmangodfrey.com
Email: acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G. S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
Email: rgreene@susmangodfrey.com

*Attorneys for the States of Illinois and
Nebraska*

HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of
Tennessee

NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for the State of California*

ARIC J. SMITH
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
Conor.May@coag.gov

*Attorneys for the State of Colorado*

JENNIFER LINSEY
CHRISTI FOUST
JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer
Protection
Office of the Indiana Attorney General
Indiana Government Center South, 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
christi.foust@atg.in.gov
jesse.moore@atg.in.gov
scott.barnhart@atg.in.gov

2

*Attorneys for the State of Indiana*

NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for the State of Iowa*

KATHERINE  MOERKE
JASON  PLEGGENKUHLE
ELIZABETH  ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
elizabeth.odette@ag.state.mn.us

*Attorneys for the State of Minnesota*

RACHEL  K. SOWRAY
Senior Assistant Attorney General
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for the State of Oregon*

P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorney for the State of Tennessee*

LUMINITA  NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for the State of Washington*

CAITLIN  M. MADDEN
LAURA  E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: maddencm@doj.state.wi.us

*Attorneys for the State of Wisconsin*

Austin Kinghorn
Deputy Attorney General for Civil
Litigation
WILLIAM  SHIEBER
Senior Staff Attorney, Antitrust Division
PAIGE  ETHERINGTON
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov

3

*Attorneys for the State of Texas*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all counsel of record.

/s/ Adam Carlis_____
Adam Carlis