**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | |
|---|---|
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to ALL ACTIONS | Case No. 1:23-md-03062-TDS-JEP |

**NON-PARTY WINFIELD SOLUTIONS, LLC'S**
**RESPONSE TO JOINT MOTION TO SEAL**

Pursuant to this Court's LR 5.5 Order, ECF No. 345, and as supplemented by the Court's April 16, 2026, order, ECF No. 360, non-party Winfield Solutions, LLC ("Winfield") submits this response in support of the June 17, 2026, joint motion to seal, ECF No. 433.

On May 11, 2026, Winfield filed a response in support of the parties' May 4, 2026, joint motion to seal (ECF No. 382), explaining that the proposed redactions with respect to Winfield related to competitively sensitive, confidential business information, the disclosure of which would cause Winfield serious competitive harm. ECF No. 399. Winfield requested, in that brief, redaction of a specific financial figure in Entries No. 2056 and 2152. *See* ECF No. 400-1. That same financial figure appears in the June 17 motion to seal at Entry No. 15. ECF No. 433-1.[1]

For the reasons stated in Winfield's May 11, 2026, brief, and its accompanying declaration of Kyle Maple, Winfield respectfully requests that this Court grant the Joint Motion to Seal with respect to Entry No. 15 on a permanent basis.

---

[1] Entry 15 incorrectly states that BASF, rather than Winfield, designated the information as confidential.

Dated: June 24, 2026        By: */s/ Vanessa G. Jacobsen*
Vanessa G. Jacobsen[2]
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
vjacobsen@eimerstahl.com

Counsel for Non-Party
Winfield Solutions, LLC

---

[2] Pursuant to this Court's April 16, 2026, Order, LR 83.1's requirement to associate with local counsel is waived with respect to the filing of this brief. ECF No. 360, ¶ 5.